IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT C. WILLIAMS, | : | |
| Petitioner, | : | 1:18-cv-1986 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| MARK CAPOZZA, *et al.*, | : | |
| Respondents. | : | |

# **ORDER**

**June 26, 2019**

NOW THEREFORE, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with the Court's memorandum of the same date, it is hereby ORDERED that:

1. Respondents' "Motion to Dismiss Habeas Petition as Untimely" (Doc. 12) is GRANTED.

2. The petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2254 is DISMISSED as time-barred by the statute of limitations. *See* 28 U.S.C. § 2244(d).

3. There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. § 2253(c ).

4. Respondents' motion (Doc. 13) to stay is DENIED as moot.

5. The Clerk of Court is directed to CLOSE this case.

                                              s/ John E. Jones III
                                              John E. Jones III
                                              United States District Judge